## PACIFIC TRANSPORT LINES, INC. *v.* TERRITORY OF HAWAII.

### No. 4030.

FILED OCTOBER 29, 1958.                    DECIDED JANUARY 20, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* Appellant's petition for rehearing does not rest upon grounds warranting a second consideration of appellant's briefs nor is this Court of the opinion that any point or legal proposition involved which is material to the decision of the case has not been raised or argued by counsel on either side.

Argument upon it is not desired by any concurring justice.

The petition, being without merit, is denied.

*Richard E. Stifel* (*Anderson, Wrenn & Jenks* on the brief) for the petition.

## TERRITORY OF HAWAII *v.* JUNE Y. SCRUGGS.

### No. 4092.

FILED DECEMBER 27, 1958.                    DECIDED JANUARY 20, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing presents no new points or legal propositions that were not argued and duly considered by the court in its opinion.

Petition denied.

*Hyman M. Greenstein* for the petition.